DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RAYL LYNN KELLAR,

Appellant,

v.

CHRISTOPHER SBOTO, ASSISTANT WARDEN, DeSOTO C.I.; and
KENNITH FAULKNER, MAILROOM SUPERVISOR, DADE C.I.,

Appellees.

No. 2D2025-0829
————————————————

January 2, 2026

Appeal from the County Court for DeSoto County; Guy A. Flowers,
Judge.

Rayl Lynn Kellar, pro se.

James Uthmeier, Attorney General, Tallahassee, and Caitlin Wilcox,
Assistant Attorney General, Tampa, for Appellees.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.